DICKINSON, COMPTROLLER OF FLORIDA *v.*
FIRST NATIONAL BANK OF
HOMESTEAD ET AL.

No. 741. Decided January 20, 1969.

*Earl Faircloth,* Attorney General of Florida, and *Fred M. Burns* and *Larry Levy,* Assistant Attorneys General, for appellant.

*O. Ralph Matousek* for appellee First National Bank of Homestead.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.